McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the Plaintiff  the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **1:05-CV-01138-OWW-LJO** |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| v. ) | DATES AND ORDER THEREON |
| REAL PROPERTY LOCATED AT 13696 ) | (First Request) |
| S. EAST AVENUE, FRESNO, ) | |
| FRESNO COUNTY CALIFORNIA, ) | |
| APN:042-280-11S, ) | |
| INCLUDING ALL APPURTENANCES ) | |
| AND IMPROVEMENTS THERETO; and ) | |
| REAL PROPERTY LOCATED AT 1590 ) | |
| E. CONEJO AVENUE, FRESNO, ) | |
| FRESNO COUNTY, CALIFORNIA, ) | |
| APN: 042-320-12S, INCLUDING ALL ) | |
| APPURTENANCES AND ) | |
| IMPROVEMENTS THERETO, ) | |
| Defendants. ) | |
| Nancy Unruh Purewal and Amrit Purewal ) | |
| Claimants. ) | |

Claimants of Defendant Real Properties located at 13696 S. East Avenue, Fresno, Fresno County, California,  APN: 042-280-11S, and 1590 E. Conejo, Fresno, Fresno County, California,  APN: 042-320-12S , and plaintiff United States of America, hereby stipulate as follows:

1

1.      This stipulation is executed by all parties who have appeared in and are affected by this action;

2.      The parties are requesting an extension of the dates set out in the Scheduling Conference Order.  Since the time of the scheduling conference, counsel have been in negotiations to settle this case.  This is the first request for an extension.  The following dates are agreed on by the parties:

|  | Existing Date | Proposed Date |
|---|---|---|
| Discovery Deadline: | September 22, 2006 | December 22, 2006 |
| Non-Dispositive Motion Filing Deadline: | October 10, 2006 | January 8, 2007 |
| Dispositive Motion Filing Deadline: | October 23, 2006 | January 22, 2007 |
| Settlement Conference Date: | August 23, 2006 | November 21, 2006 |
| Pre-Trial Conference Date: | January 8, 2007 | April 2, 2007 at 11:00 a.m. |
| Trial Date: | February 20, 2007 | May 15, 2007 at 9:00 a.m. |

Dated: 8/7/06

Respectfully submitted,
McGREGOR W. SCOTT
United States Attorney

By: /s/ Stephanie Hamilton Borchers
      STEPHANIE HAMILTON BORCHERS
      Assistant United States Attorney
      Attorneys for Plaintiff
      UNITED STATES OF AMERICA

Dated: 8/8/06

By: /s/ Dianna L. Gibson
      DIANNA L. GIBSON
      Attorney for Claimants
      Nancy Unruh Purewal and Amrit Purewal

(original signature retained by attorney)

//
//
//
//

## ORDER

Good cause having been shown and based on this stipulation,

IT IS HEREBY ORDERED that the current Scheduling Order dates are vacated in favor of the new dates listed above.

IT IS SO ORDERED.

**Dated:   August 10, 2006**          **/s/ Oliver W. Wanger**
emm0d6                           UNITED STATES DISTRICT JUDGE