# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>REAL PROPERTY LOCATED AT<br>13696 S. EAST AVENUE, FRESNO,<br>etc.<br>　　　　　　Defendants.<br>_____/ | CASE NO. CV F 05-1138 OWW LJO<br><br>**ORDER TO SET STATUS CONFERENCE**<br><br>Date:　January 30, 2007<br>Time:　8:15 a.m.<br>Dept.:　8 (LJO) |

　　　This Court conducted a January 16, 2007 status conference to address progress toward completion of settlement terms placed on this Court's record on November 21, 2006. Plaintiff United States of America appeared by Assistant U.S. Attorney Stephanie Hamilton Borchers. Claimant Nancy Purewal appeared by counsel Dianna Gibson, Law Offices of Glenn R. Wilson. The parties informed the Court that the lienholder of defendant property and the lienholder's heir have died and that the parties are looking into remaining heirs and potential of a general deed to the United States. On the basis of good cause, this Court SETS a status conference for January 30, 2007 at 8:15 a.m. in Department 8 (LJO). At the status conference, counsel shall be prepared to address progress toward completion of settlement and matters addressed at the January 16, 2007 status conference. Counsel may appear at the status conference by telephone by arranging a one-line conference call and adding the Court at (559) 499-5680.

　　　IT IS SO ORDERED.

**Dated:　January 16, 2007**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
66h44d　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1