# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 05-1138 OWW LJO |
| Plaintiff, | **ORDER TO SET STATUS CONFERENCE** |
| vs. | Date:  March 1, 2007 |
| REAL PROPERTY LOCATED AT 13696 S. EAST AVENUE, FRESNO, etc. | Time:  8:45 a.m.<br>Dept.:  8 (LJO) |
| Defendants. / | |

This Court conducted a January 30, 2007 status conference to address progress toward completion of settlement terms placed on this Court's record on November 21, 2006. Plaintiff United States of America appeared by Assistant U.S. Attorney Stephanie Hamilton Borchers. Claimant Nancy Purewal appeared by telephone by counsel Dianna Gibson, Law Offices of Glenn R. Wilson. The parties informed the Court that the U.S. Marshal will accept a clouded title to the defendant property and that efforts are undertaken to remove an occupant from the defendant property. On the basis of good cause, this Court SETS a status conference for March 1, 2007 at 8:45 a.m. in Department 8 (LJO). At the status conference, counsel shall be prepared to address progress toward completion of settlement, clearing title to and removing occupants from the defendant property, and matters addressed at the January 30, 2007 status conference. Counsel may appear at the status conference by telephone by arranging a one-line conference call and adding the Court at (559) 499-5680.

IT IS SO ORDERED.

**Dated:   January 30, 2007**                    /s/ Lawrence J. O'Neill
66h44d                                            UNITED STATES MAGISTRATE JUDGE

1