UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>VACANT LAND LOCATED AT OR NEAR 13696 S. EAST AVENUE, FRESNO, CALIFORNIA, FRESNO COUNTY APN: 042-280-11S, etc., et al.,<br><br>               Defendant. | 1:05-cv-1138 OWW GSA<br>Related Case:<br>1:06-cv-0885 OWW TAG<br><br>ORDER AFTER SCHEDULING CONFERENCE |
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>VACANT LAND LOCATED AT OR NEAR 13696 S. EAST AVENUE, FRESNO, CALIFORNIA, FRESNO COUNTY APN: 042-280-10S, etc., et al.,<br><br>               Defendants. | |
| AMRIT KAUR PURWAL and NANCY UNRUH PURWAL, Claimants. | |

I.  Date of Scheduling Conference.

    December 5, 2007.

II.   Appearances Of Counsel.

    Stephanie Hamilton Borchers, Esq., Assistant U.S. Attorney, appeared on behalf of Plaintiff, United States of America.

    No other party appeared.

III.  Status of Case.

    1.   The United States Attorney advised that a final judgment of forfeiture will be entered in this case by stipulation.

    2.   The related case, 1:06-cv-0885 OWW TAG, has been the subject of a default judgment which has been entered by the Court and is now part of the stipulation.

    3.   It is expected that, following performance of the stipulation, final judgment of forfeiture will be entered in this case within ten days.

    4.   Accordingly, there is no need for further scheduling in this case, which should be concluded on or before December 15, 2007.

IT IS SO ORDERED.

Dated:   December 6, 2007              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE