McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 13696 S. EAST AVENUE, FRESNO, FRESNO COUNTY CALIFORNIA, APN:042-280-11S, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO; and<br><br>REAL PROPERTY LOCATED AT 1590 E. CONEJO AVENUE, FRESNO, FRESNO COUNTY, CALIFORNIA, APN: 042-320-12S, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendants.<br><br>NANCY UNRUH PUREWAL, and AMRIT KAUR PUREWAL,<br><br>Claimants. | 1:05-CV-01138-OWW-GSA<br><br>Related Case:  1:06-CV-00885-OWW-TAG<br><br>**FINAL JUDGMENT OF FORFEITURE** |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against defendants described as real properties located at 13696 S. East Avenue, Fresno, Fresno County, California, APN: 042-280-11S and 1590 E.

Conejo Avenue Fresno, Fresno County, California, APN: 042-320-12S (hereafter referred to collectively as the "defendant real properties," and referred to separately as " 13696 S. East Avenue, APN: 042-280-11S" and "1590 E. Conejo Avenue, APN: 042-320-12S"), more fully described in Exhibits A and B attached hereto.

2. A Verified Complaint for Forfeiture *In Rem* was filed on September 6, 2005, seeking the forfeiture of the defendant real properties, alleging that said properties were used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. § 841 *et seq*. an offense punishable by more than one year's imprisonment and are therefore subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7).

3. On or about October 5, 2005, in accordance with said Complaint, the defendant real properties were posted with copies of the Verified Complaint and Notice of Complaint. See the Process Receipt and Return filed October 21, 2005.

4. Notice of the action against the defendant real properties appeared by publication on February 1, 8, 15, 2006, in The Business Journal, a newspaper of general circulation in the county in which the defendant real properties are located (Fresno County). The Proof of Publication was filed with the Court March 3, 2006.

5. In addition to the Public Notice of Posting having been completed, actual notice was served on Amrit Kaur Purewal, Nancy Unruh Purewal, and Baldev Purewal. Amrit Kaur Purewal and Nancy Unruh Purewal filed claims and answers in this action.

6. Additionally on or about September 8, 2005, the government attempted to serve Leonard Johns, who was listed as a lien holder of a 1994 $50,000 deed of trust on the defendant real property located at 13696 S. East Avenue, APN: 042-280-11S, with copies of the complaint, notice of complaint, application and order for publication, notice of voluntary dispute resolution, standing order in all civil cases assigned to U.S. District Judge Oliver Wanger, standing order in all civil cases assigned to U.S. Magistrate Judge Lawrence J. O'Neil, notice of availability of a magistrate judge, order setting mandatory scheduling conference and lis pendens by certified mail receipt number 7002 2030 0001 4140 8576. On or about September 22, 2005, the U.S. Attorney's office received the above referenced mailing returned with the envelope marked, " unable to forward." On or about

September 27, 2005, Special Agent Nicole M. Rinkenberger with the Drug Enforcement Administration went to the Kingsburg Police Station, which was the last known town Mr. Johns' had resided in and attempted to locate an additional address for Mr. Johns. The search was met with negative results. The government has since received information that Leonard Johns is deceased and received information that the 12 year old lien was satisfied. To date no claims or answers have been filed by or on behalf of Leonard Johns.

7. No other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. Judgment is hereby entered against potential claimants Baldev Purewal, Leonard Johns and claimants Amrit Kaur Purewal, Nancy Unruh Purewal, and all other potential claimants.

3. The U.S. Marshals Service shall list the defendant real property located at 13696 S. East Avenue, APN: 042-280-11S, for sale. The U.S. Marshals Service shall have sole authority to select the means of sale, including sale by internet or through a licensed real estate broker, and shall have sole authority over the marketing and sale of the defendant real property located at 13696 S. East Avenue, APN: 042-280-11S.

4. The U.S. Marshals Service shall have the real property located at 13696 S. East Avenue, APN: 042-280-11S, appraised by a licensed appraiser of its choosing. Following the entry of the Final Judgment of Forfeiture, but prior to vacating the defendant real property located at 13696 S. East Avenue, APN: 042-280-11S, the U.S. Marshals Service and the appraiser may have access to the defendant real property located at 13696 S. East Avenue, APN: 042-280-11S, and structures, buildings, or storage sheds thereon upon 24 hours telephonic notice.

5. If necessary, the U.S. Marshals Service, and any real estate broker employed by the U.S. Marshals Service, shall have the right to put a "lock box" on the defendant real property located

at 13696 S. East Avenue, APN: 042-280-11S, to facilitate the marketing and sale of the property.

6. The following costs, expenses, and distributions shall be paid in escrow from the gross sales price in the following priority and to the extent funds are available:

  (a) The costs incurred by the U.S. Marshals Service to the date of close of escrow, including the cost of posting, service, advertising, and maintenance.

  (b) Any unpaid real property taxes, which shall be prorated as of the date of the entry of the Final Judgment of Forfeiture.

  (c) A real estate commission not to exceed the U.S. Marshals Service contractual brokerage fee, and such costs of sale as the U.S. Marshals Service may reasonably incur, including, but not limited to, county transfer taxes.

  (d) To the United States of America, all of Baldev Purewal's 50% share of the funds remaining after payments pursuant to ¶ 6(a) thru (c). All right, title, and interest in said funds shall be substituted for the defendant real property and forfeited to the United States pursuant to 21 U.S.C. § 881(a)(7), to be disposed of according to law.

  (e) To Claimant Nancy Unruh Purewal, through her attorney Dianna L. Gibson, 1/3 (33.3%) of Nancy Unruh Purewal's 50% share of the funds remaining after payments pursuant to ¶ 6(a) thru (c).

  (f) To the United States of America, 2/3 (66.6%) of Nancy Unruh Purewal's 50% share of the funds remaining after payments pursuant to ¶ 6(a) thru (c).

7. Any liens or encumbrances against the defendant real property located at 13696 S. East Avenue, APN: 042-280-11S, that appear on record subsequent to the recording of plaintiff's lis pendens on September 9, 2005, and prior to entry of the Final Judgment of Forfeiture herein may be paid out of escrow, at the discretion of the United States of America.

8. The costs of a lender's policy of title insurance (ALTA policy) shall be paid for by the buyer.

9. All loan fees, "points," and other costs of obtaining financing shall be paid for by the buyer of the defendant real property located at 13696 S. East Avenue, APN: 042-280-11S.

10. Each party shall execute all documents necessary to close escrow, if such signatures are required by the title insurer.

11. Upon entry of a Final Judgment of Forfeiture herein, but no later than 45 days thereafter, the United States agrees to withdraw the Lis Pendens on the defendant real property located at 1590 E. Conejo Avenue, APN: 042-320-12S, releasing the United States' interest in said property back to claimant Amrit Kaur Purewal.

12. Plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the with the posting, forfeiture, or sale, of the defendant real properties. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said posting, forfeiture, or sale, as well as to those now known or disclosed. The parties waive the provisions of California Civil Code § 1542.

13. Prior to vacating the defendant real property located at 13696 S. East Avenue, APN: 042-280-11S, claimant Nancy Unruh Purewal shall maintain the property in the same condition and repair as existed as of the date of the posting, normal wear and tear excepted, until she has vacated the premises. The term "maintain" shall include, but is not limited to, keeping the property free of hazard and structural defects; keeping all heating, air conditioning, plumbing, electrical, gas, oil, or other power facilities in good working condition and repair; keeping the property clean and performing such necessary sanitation and waste removal; keeping the property in good condition by providing for lawn and yard maintenance; and other ordinary and necessary items of routine maintenance.

14. Until the sale of the defendant real property located at13696 S.East Avenue, APN: 042-280-11S, claimant Nancy Unruh Purewal shall maintain all insurance policies currently in effect with respect to the property, including policies covering liability to persons injured on said property and for property damage to the defendant real property. Claimant Nancy Unruh Purewal shall arrange for the inclusion of a rider to all of the above-mentioned policies naming the U.S. Marshals Service as the primary beneficiary of the insurance policy.

///

15.   Until the sale of the defendant real property located at 13696 S. East Avenue, APN: 042-280-11S, or until otherwise required to vacate the property, claimant Nancy Unruh Purewal shall allow the U.S. Marshals Service personnel, or its agent, the right to enter and inspect the property and all buildings thereon on a monthly basis upon 24 hours telephonic notice.

16.   Except as specifically provided herein, claimant Nancy Unruh Purewal shall not convey, transfer, encumber, lien, or otherwise pledge the defendant real property located at 13696 S.East Avenue, APN: 042-280-11S, without the prior, written approval of the United States.

17.   Claimant Nancy Unruh Purewal and all others occupying the defendant real property located at 13696 S. East Avenue, APN: 042-280-11S, shall vacate the property within (30) days after receiving notice by the U.S. Marshals Service of its intention to list the property for sale. Prior to vacating the property claimant Nancy Unruh Purewal shall remove all of her personal possessions, and the personal possessions of any occupant, including all vehicles, furniture, and trash, and leave the property clean and in the same state of repair as the property was on the date it was posted with notice. Any and all of claimant's personal possessions, and the personal possessions of any current or former occupant, not removed within thirty (30) days prior to the close of escrow will be disposed of by the United States without further notice. Any cost incurred by the United States to evict claimant, or for disposal of personal possessions, or to repair damage to the property, shall be deducted from the payment to claimant Nancy Unruh Purewal as set forth in ¶ 6(e) above.

18.   There was reasonable cause for the posting of defendant properties, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

19.   Pending the sale of the defendant real property located at 13696 S. East Avenue, APN: 042-280-11S, and the disposition of the proceeds, the Court shall maintain jurisdiction to enforce the terms of the Final Judgment of Forfeiture.

///
///
///
///
///

20.   All parties are to bear their own costs and attorneys' fees.

SO ORDERED THIS 10th day of December, 2007.

_____
OLIVER W. WANGER
United States District Judge

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed September 6, 2005 and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for posting of the defendant real properties.

DATED: 12-10-07

_____
OLIVER W. WANGER
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

(Real Property Located at 13696 S. East Avenue Fresno, Fresno County, California, APN 042-280-11S)

The South 215 feet of the West 280 feet of the Northwest quarter of the Southwest quarter of Section 14, Township 16 South, Range 20 East, Mount Diablo Base and Meridian, according to the Official Plat thereof, in the County of Fresno, State of California.

Excepting therefrom one-haf of all oil, gas, and minerals in and under said land, together with the right at all times to enter on said land and take ususal necessary, or convenient means to bore wells, make excavations, and to remove all oil, gas and minerals found thereon and herein excepted, as reserved in the deed from California Lands, Inc., to J.F. Klepper and wife dated February 18, 1925.

And also excepting therefrom 25% of all oil, gas, minerals in and under said land as reserved in the deed from Manuel Figueriedo and Eleanor Figueiredo, his wife, to Victor N. Riley and Loree Riley, his wife dated January 21, 1946.

Assessors Parcel No.: 042-280-11S

# EXHIBIT B

(Real Property Located at 1590 East Conejo, Fresno, Fresno County, California, APN: 042-320-12S)

The West half of the Southeast quarter of Section 23, Township 16 South, Range 20 East, Mount Diablo Base and Meridan, according to the Official Plat thereof, in the County of Fresno, State of California.

Excepting therefrom an undivided one-half interest in and to all oil, gas and other minerals under said land as heretofore reserved of record.

Assessors Parcel No.: 042-320-12S